AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| ESPINOZA MARTINEZ CARLOS ANIBAL | ) ) ) ) ) | |
| _____ <br> *Petitioner* | ) ) ) | |
| v. | ) ) | Case No. __6:26-cv-00208__ |
| EDEN DETENTION CENTER | ) ) ) ) | *(Supplied by Clerk of Court)* |
| _____ <br> *Respondent* | | |

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.   (a) Your full name:    ESPINOZA MARTINEZ CARLOS ANIBAL

     (b) Other names you have used: _____

2.   Place of confinement:

     (a) Name of institution:   EDEN DETENTION CENTER

     (b) Address:    702 EAST BROADWAY, EDEN, TX 76837

     (c) Your identification number:    220-188-485

3.   Are you currently being held on orders by:

     ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

     _____

4.   Are you currently:

     ☐ A pretrial detainee (waiting for trial on criminal charges)

     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

        If you are currently serving a sentence, provide:

        (a) Name and location of court that sentenced you: _____

        (b) Docket number of criminal case: _____

        (c) Date of sentencing: _____

     ☑ Being held on an immigration charge

     ☐ Other *(explain):* _____

        I was arbitrarily arrested by immigration agents; on the day of my arrest, they were looking for someone other

        than me, and—having failed to find that person—they arrested me instead, even though I presented my identific

### Decision or Action You Are Challenging

5.   What are you challenging in this petition:

     ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
     revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:    Petitioner challenges his arbitrary and mistaken-identity detention, as well as the imminent transfer that ignores his urgent medical need for foot pain treatment and violates his due process rights."

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:   EDEN DETENTION CENTER

(b)  Docket number, case number, or opinion number:    220-188-485

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Unlawful arbitrary detention due to mistaken identity,

imminent illegal transfer, and denial of necessary medical care for severe foot pain

(d)  Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes            ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not appeal:

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

The petitioner is facing a life-threatening emergency; he has been

diagnosed with asthma since infancy, which accounts for the severe pain and numbness in his feet.

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

Urgent judicial intervention is required due to imminent risk of removal and a life

threatening medical crisis, making further administrative steps futile

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☑ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

Urgent judicial intervention is required due to imminent risk of removal and a life-threatening medical crisis , making further administrative steps futile.

_____

_____

_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: 03/04/2026 _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** UNLAWFUL DETENTION, VIOLATION OF DUE PROCESS, AND INTERFERENCE WITH ASYLUM PROCEEDINGS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was arbitrarily detained during an operation where he was mistaken for another individual. Despite Petitioner's attempt to present valid identification, agents refused to verify it. At the time of arrest, Petitioner did not have an active removal order and was in the middle of a legitimate asylum process. This detention and imminent transfer constitute a violation of his due process rights and a direct interference with his legal right to seek asylum in the United States

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes          ☐ No

**GROUND TWO:** FAILURE TO PROVIDE ADEQUATE MEDICAL CARE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Petitioner has suffered from chronic asthma since early childhood, which requires consistent medical manage Since being detained, he has been experiencing severe pain in his feet and numbness spreading throughout both legs. Despite the severity of these symptoms and his pre-existing condition, he is not receiving proper medical diagnosis or treatment. The lack of adequate medical attention for these debilitating symptoms constitutes a significant risk to his physical health and well-being.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes          ☐ No

**GROUND THREE:** INHUMANE AND UNSANITARY LIVING CONDITIONS

The facility fails to meet basic standards of hygiene and sanitation, creating an environment that is unfit for human habitation. The Petitioner is being subjected to inhumane living conditions that lack the cleanliness necessary to

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The facility fails to meet basic standards of hygiene and sanitation, creating an environment that is unfit for human habitation. The Petitioner is being subjected to inhumane living conditions that lack the cleanliness necessary to prevent illness and maintain health. These substandard conditions are particularly hazardous given the Petitioner' pre-existing chronic asthma, which is exacerbated by the poor environment the failure to provide a safe and safe and sanitary living space constitutes a violation of the Petitioner's basic rights and dignity while in custody.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes            ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:  I respectfully request this Court to grant an Emergency Stay of Removal

a Non-Transfer Order, and an immediate Bond Hearing or release on personal recognizance

to receive necessary medical care and defend my legal process in liberty

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

05/01/2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        05/01/2026                                    ESPINOZA MARTINEZ, CARLOS ANIBAL

                                                                            *Signature of Petitioner*


                                                                    *Signature of Attorney or other authorized person, if any*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF [INSERT DISTRICT]

IN THE MATTER OF: CARLOS A. ESPINOZA MARTINEZ

FILE NUMBER: 220-188-485 | DOB: FEB 04, 2004

PETITION FOR WRIT OF HABEAS CORPUS

### SWORN DECLARATION OF CARLOS A. ESPINOZA MARTINEZ

I, **CARLOS A. ESPINOZA MARTINEZ**, born on February 04, 2004, a citizen of Nicaragua, and holder of an Employment Authorization Document Category C08, currently detained at **Eden Detention Center**, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the following statements are true and correct:

### I. CIRCUMSTANCES OF UNLAWFUL DETENTION AND IDENTITY ERROR

1. On the date of my arrest, I was peacefully leaving my sister's residence when I was intercepted by agents. I was not engaged in any illicit activity.

2. My detention is the result of a profound error in identification. Despite my immediate attempts to present my valid identification documents and clarify that I was not the individual they were seeking, the agents refused to verify my identity.

3. At the time of this encounter, I had a pending case before the Immigration Court. My Category C08 authorization proves my active participation in the legal process. I do not represent a flight risk.

### II. CRITICAL MEDICAL NEGLECT AND DELIBERATE INDIFFERENCE

4. I have suffered from chronic asthma since childhood, a condition requiring continuous medication and specialized monitoring.

5. Since my detention, my requests for medical assistance were ignored until April 17, 2026, and April 23, 2026, following my persistent pleas.

6. The care provided has been precarious. I have been deprived of my essential routine medications, specifically **Rosefort** and **Dexamethasone.**

7. I am currently suffering from severe pain and numbness in my feet and legs, for which I have been denied any diagnostic evaluation or analgesic treatment.

### III. SEVERE FAMILY HARDSHIP AND HUMANITARIAN CRISIS

8. I am the sole provider of my household. The stress caused by my unjust detention led to my wife's premature labor.

9. My newborn child is currently hospitalized in the Neonatal Intensive Care Unit (NICU/UCIS) due to being born prematurely. My continued detention prevents me from supporting my family during this life-threatening emergency.

## IV. LEGAL CONCLUSION

My confinement violates the Fifth and Eighth Amendments to the U.S. Constitution due to the deprivation of liberty without due process and the deliberate indifference to my serious medical needs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this **May 01, 2026**.

**CARLOS A. ESPINOZA MARTINEZ**
Declarant